07-06470

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| EDMUND MARTIN<br>and MARION MARTIN,<br><br>    Plaintiffs,<br><br>v.<br><br>BANKERS LIFE AND CASUALTY<br>COMPANY, INC. and SANDRA WOOD,<br>as Agent, Servant and<br>Employee of Bankers Life and Casualty<br>Company, Inc.<br><br>    Defendants. | No.:   1:10-cv-01269-JDB-ebg |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants Bankers Life and Casualty Company, Inc. and Sandra Wood, as Agent, Servant and Employee of Bankers Life and Casualty Company, Inc.

**WALDROP & HALL, P.A.**

By:   /s/ Wesley A. Clayton_____
Wesley A. Clayton (#010406)
claytonw@waldrophall.com
Jay G. Bush (#026222)
bushj@waldrophall.com
106 South Liberty Street
Post Office Box 726
Jackson, TN  38301
(731) 424-6211
***Attorneys for Plaintiffs,
Edmund and Marion Martin***

        **BRADLEY ARANT BOULT CUMMINGS LLP**

By:   /s/ Joycelyn J. Eason_____
       Joycelyn J. Eason (#027197)
       jeason@babc.com
       Bank of American Corporate Center
       100 N. Tryon St., Suite 2690
       Charlotte, NC 28202
       Telephone (704) 338-6000
       Fax (704) 332-8858
       ***Attorney for Defendant,***
       ***Bankers Life and Casualty Company***


        **LEWIS KING KRIEG & WALDROP, PC**

By:   /s/ John R. Tarpley_____
       John R. Tarpley (#9661)
       jtarpley@lewisking.com
       424 Church Street, Suite 2500
       Nashville, TN 37219
       Telephone (615) 259-1366
       Fax (615) 259-1389
       ***Attorney for Defendant,***
       ***Sandra Wood***

## **CERTIFICATE OF SERVICE**

This is to certify that I served a copy of this pleading or paper personally, by mail, or by electronic mail upon each attorney or firm of attorneys appearing of record for each adverse party or *pro se* party on or before the filing date thereof.

This the 10th day of November, 2010.

        **WALDROP & HALL, P.A.**

By:   /s/ Wesley A. Clayton_____
       Wesley A. Clayton (#010406)
       claytonw@waldrophall.com
       Jay G. Bush (#026222)
       bushj@waldrophall.com

**COPIES SENT TO:**

| | |
|---|---|
| Joycelyn J. Eason | John R. Tarpley |
| Bradley, Arant, Boult, Cummings, LLP | Lewis, King, Krieg, & Waldrop, PC |
| Bank of American Corporate Center | 424 Church Street, Suite 2500 |
| 100 N. Tryon St., Suite 2690 | Nashville, TN 37219 |
| Charlotte, NC 28202 | |