# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

EDMUND MARTIN  and
MARION MARTIN,
Plaintiffs,

                                                   CASE NUMBER: 1:10-cv-1269-B

v.

BANKERS LIFE AND CASUALTY CO., INC.
and SANDRA WOOD, as Agent, Servant
and Employee of Bankers Life and Casualty Co., Inc.
Defendants,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 11/10/2010, this case is hereby Dismissed with prejudice.

**APPROVED:**

                                                                                     s/J. Daniel Breen
                                                                          United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**